AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHNIE MINCEY,

        Plaintiff,

        v.

THE GREEN TOAD, LLC, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV621-048

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order entered April 7, 2022, granting Plaintiff's motion for default judgment, judgment is hereby entered in favor of Plaintiff in the amount of $12,293.90 in damages, including $4,062.95 in compensatory damages for lost income, $4,062.95 in liquidated damages pursuant to the FLSA, and $4,168.00 in attorneys' fees and costs. This case stands closed.



| 4/7/2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |

*(signature)*

(By) Deputy Clerk

GAS Rev 10/2020