CASE NUMBER: 6:21-cv-00048

CASE TITLE: JOHNIE MINCEY,
v.
THE GREEN TOAD, LLC, et. al.,

DC 11
Rev. 7/82

## WRIT OF EXECUTION

**United States District Court**

DISTRICT: THE SOUTHERN DISTRICT OF GEORGIA

TO THE MARSHAL OF: THE SOUTHERN DISTRICT OF GEORGIA

**YOU ARE HEREBY COMMANDED**, that of the goods and chattels, lands and tenements in your district belonging to:

NAME: The Green Toad LLC, Got Hemp The Green Toad Farm Dispensary Limited Liability Company, and Reginald L. Reese

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT: $12,293.90

in the United States District Court for the Southern District of Georgia. Before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

The Green Toad LLC, Got Hemp The Green Toad Farm Dispensary Limited Liability Company, and Reginald L. Reese

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

PLACE: United States District Court
DISTRICT: The Southern District of Georgia
CITY: Savannah
DATE: 04/15/2022

Witness the Honorable Chief Judge J. Randal Hall
*(United States Judge)*

DATE: 04/15/2022

CLERK OF COURT: John E. Triplett

(BY) DEPUTY CLERK: *Tara H. Burton*

**RETURN**

DATE RECEIVED:

DATE OF EXECUTION OF WRIT:

This writ was received and executed.

U.S. MARSHAL:

(BY) DEPUTY MARSHAL:

GAS Rev 2/02

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

_Statesboro_ DIVISION

CIVIL ACTION NO. 6:21-cv-00048

WRIT OF EXECUTION
(FIERI FACIAS)

REQUESTED BY:

NAME: Charles Herman

FIRM NAME: Charles Herman Law, LLC

ADDRESS: 7 East Congress St.
Suite 611A
Savannah, Georgia 31401